# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADA BRICENO, et al., | CASE NO. CV10-4238-AHM (PJWx) |
| Plaintiff(s), | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| v. | |
| MAX FRAZIER, et al., | |
| Defendant(s). | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice subject to the Court retaining continuing jurisdiction over the parties to enforce the terms of the Stipulation for Entry of Judgment and Request for Dismissal filed on September 22, 2010 until performance in full of the terms of the stipulated settlement.

IT IS SO ORDERED.

Date: September 23, 2010

A. Howard Matz
United States District Court Judge

**JS-6**